UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEMARKUS TAYLOR

   Plaintiff,

-vs-                                      CASE NO.:  1:18-CV-0924-TCB

ALLY FINANCIAL INC,

   Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, DeMarkus Taylor, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail on this 18th day of June, 2018 to: Julie A. Wood, Esquire, and Nancy Baughan, Esquire 303 Peachtree Street, NE, Suite 3600, Atlanta, Georgia 30308 (jwood@phrd.com; nbaughan@phrd.com); Eric Troutman,

Esquire, and Nicole Su, Esquire, 3200 Park Center Drive, Suite 700, Costa Mesa, California 92626 (eric.troutman@wbd-us.com; Nicole.su@wbd-us.com).

        */s/Octavio Gomez*
        Octavio "Tav" Gomez, Esquire
        Georgia Bar #: 617963
        Morgan & Morgan, Tampa, P.A.
        201 North Franklin Street, 7th Floor
        Tampa, FL 33602
        Telephone: (813) 223-5505
        Facsimile:  (813) 223-5402
        tgomez@forthepeople.com
        fkerney@forthepeople.com
        jkneeland@forthepeople.com
        snazario@forthepeople.com
        *Counsel for Plaintiff*