UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEMARKUS TAYLOR

   Plaintiff,

CASE NO.:  1:18-CV-0924-TCB

-vs-

ALLY FINANCIAL INC,

   Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, DeMarkus Taylor, and the Defendant, Ally Financial, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above-styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 19th day of July, 2018.


*/s/Octavio Gomez*
Octavio "Tav" Gomez, Esquire
Georgia Bar #: 617963
Morgan & Morgan, Tampa, P.A.

*/s/Nancy H. Baughan*
Nancy H. Baughan, Esquire
Georgia Bar #: 042575
Julie A. Wood, Esquire

201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
tgomez@forthepeople.com
fkerney@forthepeople.com
snazario@forthepeople.com
lrobbins@forthepeople.com
*Counsel for Plaintiff*

Georgia Bar #: 023749
PARKER HUDSON RAINER & DOBBS LLP
303 Peachtree Street, N.E., Suite 3600
Atlanta, GA 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
nbaughan@phrd.com
jwood@phrd.com
*Counsel for Defendant*

*/s/Nicole Y. Su*
Nicole Y. Su, Esquire*
Eric J. Troutman, Esquire*
*\*Admitted Pro Hac Vice*
WOMBLE BOND DICKINSON (US) LLP
3200 Park Center Drive, Suite 700
Costa Mesa, CA 92626
Telephone: (657) 266-1046
Nicole.Su@wbd-us.com
Eric.Troutman@wbd-us.com
*Counsel for Defendant*